HEINZ BINDER, SBN#87908
WENDY W. SMITH, SBN#133887
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Phone: (408) 295-1700
Fax: (408) 295-1531
Email: heinz@bindermalter.com
Email: wendy@bindermalter.com

EDWARD M. ROBBINS, JR., SBN# 082696
SHARYN FISK, SBN# 199898
Hochman Salkin Rettig Toscher & Perez, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: (310) 281-3200
Fax: (310) 859-1430
E-Mail: EdR@taxlitigator.com

Attorneys for Appellant, William M. Hawkins, III

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| WILLIAM M. HAWKINS, IIII, | Case No.: 10-02026 JSW |
| Appellant, | Ch. 11 Bankruptcy Case No.: 06-30815 TEC |
| | Adv. Proc. No.: 07-3139 TEC |
| v. | |
| THE FRANCHISE TAX BOARD, A DIVISION OF THE GOVERNMENT OF THE STATE OF CALIFORNIA; and the UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, | |
| Appellees. | |

**ORDER APPROVING STIPULATION EXTENDING
TIME FOR APPELLANT TO FILE REPLY BRIEF**

The Stipulation Extending Time for Appellant to File a Reply Brief between William M.

ORDER APPROVING STIPULATION TO EXTEND
TIME FOR APPELLANT TO FILE REPLY BRIEF       1

1 | Hawkins, III ("Appellant"), The Franchise Tax Board of California and the United States of
2 | America, Internal Revenue Service ("Appellees") having been filed with the Court and good cause
3 | appearing therefore:

IT IS HEREBY ORDERED that:

1. The deadline by which Appellant's Reply Brief shall be due is hereby extended up to, and including, August 10, 2010.

APPROVED AS TO FORM:

Dated: July 23, 2010

Department of Justice
Office of the Attorney General

By: /s/ Lucy F. Wang, Esq.
Lucy F. Wang, Esq.
Attorney for the Franchise Tax
Board of California

Dated: July 23, 2010

U.S. Department of Justice
Tax Division

By: /s/William Carl Hankla, Esq.
William Carl Hankla, Esq.
Attorney for United States of
America, Internal Revenue
Service

*** END OF ORDER ***

Dated: July 26, 2010

GRANTED
Judge Jeffrey S. White

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER APPROVING STIPULATION TO EXTEND TIME FOR APPELLANT TO FILE REPLY BRIEF

2