HEINZ BINDER, SBN#87908
WENDY W. SMITH, SBN#133887
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Phone: (408) 295-1700
Fax: (408) 295-1531
Email: heinz@bindermalter.com
Email: wendy@bindermalter.com

Attorneys for Appellant, William M. Hawkins, III

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND

| | | |
|---|---|---|
| WILLIAM M. HAWKINS, IIII, | ) ) | Case No.: 10-02026 JSW |
| Appellant, | ) ) | Ch. 11 Bankruptcy Case No.: 06-30815 TEC |
| v. | ) ) ) | Adv. Proc. No.: 07-3139 TEC |
| THE FRANCHISE TAX BOARD, A DIVISION OF THE GOVERNMENT OF THE STATE OF CALIFORNIA; et. Al. | ) ) ) ) | |
| Appellees. | ) | |

**ORDER ON STIPULATION TO REQUEST EXTENSION OF CASE MANAGEMENT CONFERENCE**

On the stipulation of the parties, the Court continues the Case Management Conference previously set for June 5, 2015 at 11:00 a.m., to July 10, 2015 at 11:00 a.m..

Dated: May 20, 2015

_____
JEFFREY S. WHITE
United States District Judge

//

ORDER ON STIPULATION TO EXTEND TIME FOR APPELLANT TO FILE REPLY BRIEF

1

//

APPROVED AS TO FORM:

Dated:  May 13, 2015

Department of Justice
Office of the Attorney General

By:   /s/ Lucy F. Wang
     Lucy F. Wang, Esq.
     Attorney for the Franchise Tax
     Board of California

Dated: May 13, 2015

U.S. Department of Justice
Tax Division

By: /s/  William Carl Hankla
     William Carl Hankla
     Attorney for United States of
     America, Internal Revenue
     Service