IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. HAWKINS, III, | |
| Appellant, | No. C 10-02026 JSW |
| v. | |
| FRANCHISE TAX BOARD, ET AL., | **ORDER UPON REMAND** |
| Appellees. | |

On March 22, 2011, the Court affirmed the judgment of the Bankruptcy Court. However, on appeal, the Ninth Circuit reversed the Court and remanded the matter. The parties now seek to have this matter remanded back to the Bankruptcy Court for further proceedings consistent with the Ninth Circuit's ruling. The Court HEREBY REMANDS this matter for further proceedings. The Clerk shall remand this matter to the Bankruptcy Court forthwith.

**IT IS SO ORDERED.**

Dated: July 6, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE